**Order entered March 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00839-CR

**TOREY BOYKIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82130-2012**

## ORDER

The Court **REINSTATES** the appeal.

On December 16, 2014, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Lara Bracamonte; (3) counsel's explanation for the delay in filing appellant's brief is that there has been serious illness in her immediate family which resulted in counsel falling behind on her work; and (4) counsel represented that she could file appellant's brief by March 28, 2014.

We **ORDER** appellant to file his brief by **MARCH 28, 2014**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/    LANA MYERS
        JUSTICE